**Pouria Esmaeil Pour**
No. 35, Abouzar 2, Nimayoushij St., Shebli Avn. Sanandaj, Iran
Sanandaj, Kurdistan Province, Iran, 6619613913
Email: p.esmaeilpour88@gmail.com
Phone: +989120752885
Account Number: 8329921

February 18, 2025

**United States District Court**
District of Columbia
333 Constitution Ave NW
Washington, D.C. 20001

**Re: Motion for Leave to File Electronically**

To the Honorable Court,

I, Pouria Esmaeil Pour, respectfully request leave to participate in electronic case filing (CM/ECF) as a pro se litigant in the United States District Court for the District of Columbia.

I intend to file a writ of mandamus challenging the prolonged administrative processing of my F-1 student visa and my wife's F-2 dependent visa, which has prevented me from entering the United States to commence my fully funded Ph.D. program in Civil Engineering at the University of Texas at Austin. I have prepared the complaint on my own, without legal representation, as I am unable to afford an attorney to file and litigate this case on my behalf.

As I currently reside outside the United States, I am unable to submit filings in person or by mail. Electronic filing through the CM/ECF system is essential for me to effectively pursue this case. I have already registered for a PACER account and am fully prepared to comply with all applicable rules and procedures governing electronic filing.

For these reasons, I respectfully request that the Court grant me permission to electronically file documents in this case as a pro se litigant.

Sincerely,

*[signature]*

Pouria Esmaeil Pour

RECEIVED
MAR 14 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia